IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>217 Second Street, Deer Lodge, MT 59722<br><br>Approximate GPS coordinates of 46.400828-112.736340 | MJ 18-24-M-JCL<br><br>MJ-18-25-M-JCL<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN HAYDEN WILLIAMS,<br><br>　　　　Defendant. | |

The warrant in MJ 18-24-M-JCL having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the United States shall immediately return to the Defendant – or someone designated by him – the two motor vehicles seized

as identified in the return as well as keys to those vehicles and related paperwork.

The United States shall, on or before July 2, 2018, accomplish the return and advise the Court in writing that the return has been accomplished.

DATED this 27th day of June, 2018

_____
Jeremiah C. Lynch
United States Magistrate Judge